UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Thomas A. Meister, Thomas A. Meister, Jr.,
David R. Johnson, Fred J. Macalus, Sr., Lynsey
Andrews, Michael B. Fechter, Curtis P. Carey,
Cory Jyrkas, Grace Jyrkas, Carrolle Serbus,
Terry Serbus, Paula Mitchell, and Thomas Mitchell,

      Plaintiffs,

  vs.                                      ORDER ADOPTING
                                            REPORT AND RECOMMENDATION

Neulan D. Midkiff, and Joshua Tree Group, LLC,

      Defendants.                      Civil No. 06-1288 (PJS/LIB)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED THAT**:

This action is dismissed without prejudice for failure to comply with the Court's Orders of June 22 and July 25, and for lack of prosecution.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:     09/27/11                                s/Patrick J. Schiltz
                                                         Patrick J. Schiltz
                                                         United States District Judge